UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S.M., *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LINCOLN COUNTY, *et al.* )<br>)<br>Defendants. ) | No.: 4:12-CV-02276-PLC |

**JOINT STIPULATION FOR ORDER DISMISSING PLAINTIFF C.A. f/k/a C.H.
WITH COSTS WAIVED,
AND TO RECALL THE WRIT FOR HABEAS CORPUS AD TESTIFICANDUM
FOR HER TO APPEAR FOR TRIAL**

Come now Plaintiffs, by counsel W. Bevis Schock and Hugh A. Eastwood, on behalf of all remaining parties and move by stipulation under Rule 41(a)(2) for dismissal of Plaintiff C.A. f/k/a C.H. with costs waived, and for recall of the Writ for Habeas Corpus ad Testificandum to bring her to court for trial. In support whereof the parties state:

1. On November 18, 2014 in Doc. # 95 the court dismissed C.A. f/k/a C.H.'s claims against Lincoln County because Plaintiff had been unable to generate sufficient evidence against the County to support those claims.

2. On March 17, 2016 in Doc. # 123 pursuant to stipulation the court dismissed all claims against Lt. Scott Edwards.

3. That leaves no claims by C.A. f/k/a C.H. against any Defendant.

4. It would therefore serve justice for the court to dismiss C.A. f/k/a C.H. as a Plaintiff, and all parties so move.

5. By stipulation of the parties Defendant Lincoln County waives costs against C.A. f/k/a C.H.

On the assumption that the court grants the stipulation for order dismissing C.A. f/k/a C.H. as a Plaintiff it will also serve justice for the court to withdraw the Writ for Habeas Corpus ad Testificandum for C.A. f/k/a C.H. to be brought from Chillicothe, Missouri to the Eastern District of Missouri for the trial of the case on July 11, 2016, and all parties therefore move for that relief as well.

Respectfully Submitted,

Co-Counsel for Plaintiffs

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

   /s/ Hugh A. Eastwood   .
Hugh A. Eastwood, 62058MO
Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, MO 63105
heastwood@eastwoodlawstl.com
Fax:    314-863-5335
Vox:    314-809-2343

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2016 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:
   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO