UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S.M., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 4:12-cv-02276-PLC |
| v. ) | |
| ) | |
| LINCOLN COUNTY, *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' AND INTERVENORS'
STATEMENT OF STIPULATED FACTS ON BEHALF OF ALL PARTIES**

Come now Plaintiffs S.M. and K.W. by counsel W. Bevis Schock and Hugh A. Eastwood

and Intervenors K.S. and L.M., by counsel W. Bevis Schock, Hugh A. Eastwood and Michael J.

Fagras, and state on behalf of all parties that counsel for the parties have not stipulated to any

facts:

Respectfully submitted,

Attorneys for Plaintiffs and Intervenors

    /s/ W. Bevis Schock    .
W. Bevis Schock, 32551MO
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

    /s/   Hugh A. Eastwood    .
Hugh A. Eastwood, 62058MO
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3960
heastwood@eastwoodlawstl.com
Fax     (314) 863 5335
Vox     (314) 809 2343

Attorney for Intervenors Only
    /s/   Michael Fagras    .

Michael J. Fagras, 40842MO
5770 Mexico Rd., Ste. A
St. Peters, MO  63376
fagras@fagraslaw.com
Fax:    636-757-0198
Voice: 636-498-4000

CERTIFICATE OF SERVICE

I hereby certify that on 7/01/2016 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO