UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

S.M., *et al.*        )
                      )
    Plaintiffs,   )
                      )      No.:  4:12-CV-02276-TCM
v.                    )
                      )
LINCOLN COUNTY, *et al.*  )
                      )
    Defendants.   )

**PLAINTIFFS' AND INTERVENORS'
LIST OF EXHIBITS TO BE OFFERED AT TRIAL**

Come now Plaintiffs S.M. and K.W., by counsel W. Bevis Schock and Hugh A. Eastwood, and Intervenors K.S. and L.M., by counsel W. Bevis Schock, Hugh A. Eastwood and Michael J. Fagras, and submit the following List of Exhibits to be Offered at Trial:

I.    Exhibits Which Will Be Offered:

    1.    S.M.'s contract for drug court – the manual, initials each page.

    2.    Aerial Map of Lincoln County Jail

    3.    Scott Edwards' Text Messages to Kayla Walker

    4.    K.W.'s contract for drug court – the manual, initials each page.

    5.    Transcript of Scott Edwards' plea of guilty.

    6.    Texts from Edwards to K.W., Troy police report, 11/11/10 (redacted)

    7.    Memorandum of Understanding creating Lincoln County Drug Court, 2006

    8.    K.S.'s contract for drug court – the manual, initials each page.

    9.    L.M.'s contract for drug court – the manual, initials each page.

    10.    C.H. n/k/a C.A.'s contract for drug court – the manual, initials each page.

    11.    Audio tape of Lt. Edwards final encounter with S.M.

II.     Exhibits Which May Be Offered:

   None.

Plaintiffs reserve the right to offer any evidence listed by Defendants in Defendants' parallel filing.

Plaintiffs reserve the right to offer rebuttal exhibits in the event Defendants offer evidence inconsistent with the discovery herein.

Plaintiffs reserve the right use any of Defendants' experts' reports for purposes of impeachment.

Respectfully submitted,

Attorneys for Plaintiffs and Intervenors

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.Com
Fax:    314-721-1698
Voice: 314-726-2322

   /s/   Hugh A. Eastwood   .
Hugh A. Eastwood, 62058MO
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3960
heastwood@eastwoodlawstl.com
Fax     (314) 863 5335
Vox     (314) 809 2343

Attorney for Intervenors Only

/s/ Michael Fagras .
Michael J. Fagras, 40842MO
5770 Mexico Rd., Ste. A
St. Peters, MO 63376
fagras@fagraslaw.com
Fax: 636-757-0198
Voice: 636-498-4000

CERTIFICATE OF SERVICE

I hereby certify that on 7/01/2016 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

　/s/ W. Bevis Schock　.
W. Bevis Schock, 32551MO