UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S.M., *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 4:12-cv-02276-PLC |
| v. ) | |
| ) | |
| LINCOLN COUNTY, *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS S.M. AND K.W.'S AND
INTERVENORS K.S. AND L.M.'S
FIRST AMENDED
LIST OF DEPOSITION, INTERROGATORY AND
ADMISSIONS DESIGNATIONS FOR TRIAL**

Come now Plaintiffs S.M. and K.W. by counsel W. Bevis Schock and Hugh A.

Eastwood, and Intervenors K.S. and L.M. by counsel W. Bevis Schock, Hugh A. Eastwood and

Michael J. Fagras, and state for their First Amended designation of the following selections from

Depositions, Interrogatories and Requests for Admissions for use at trial:

**DEPOSITION SELECTIONS**

Lt. Edwards' Depo. (to be used in lieu of appearance):

12:17-18, 22:16-24:4, 36:16-38:7, 39:12-40:16, 41:7-47:13, 48:7-51:2, 57:1-58:2, 59:2-60:16, 61:3-62:8, 62:20-63:11, 65:9-66:7, 66:22-67:11, 68:5-69:11, 71:1-2, 71:18-76:4, 76:15-81:13, 89-90, 91:21-92:12, 96:14-97:14, 124, 127, 168:19-169:9, 169:16-170:7, 177:11-178:18, 180:3-182:9, 185:13-186:22, 202:16-203:2.

_____

Plaintiffs do not designate Interrogatory Answers or Admissions at this time.

Plaintiffs reserve the right to use all such documents for purpose of impeachment.

Plaintiffs further reserve the right to use a witness's deposition in place of live testimony in the event a witness is unexpectedly unavailable for trial.

Respectfully submitted,

Attorneys for Plaintiffs and Intervenors

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:   314-721-1698
Voice: 314-726-2322

   /s/  Hugh A. Eastwood   .
Hugh A. Eastwood, 62058MO
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3860
heastwood@eastwoodlawstl.com
Fax    314 863 5335
Vox    314 809 2343

Attorney for Intervenors Only

/s/ Michael Fagras .
Michael J. Fagras, 40842MO
5770 Mexico Rd., Ste. A
St. Peters, MO 63376
fagras@fagraslaw.com
Fax: 636-757-0198
Voice: 636-498-4000

## CERTIFICATE OF SERVICE

I hereby certify that on 7/05/2016 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO

2