UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| S.M., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.:  4:12-CV-02276-PLC |
| v. | ) | |
| | ) | |
| LINCOLN COUNTY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS S.M., K.W. AND INTERVENORS K.S. AND L.M.'S ACKNOWLEDGEMENT OF FULL SATISFACTION OF ALL JUDGMENTS**

Come now Plaintiffs S.M., K.W. by counsel W. Bevis Schock and Hugh A. Eastwood, and Intervenors K.S. and L.M. by counsel W. Bevis Schock, Hugh A. Eastwood and Michael J. Fagras, and acknowledge satisfaction herein.

Plaintiffs acknowledge the following payments on the District Court Judgments, including attorney's fees:

| | | |
|---|---|---|
| | S.M. | $882,027.56 |
| | K.W. | 588,018.38 |
| | K.S. | 588,018.38 |
| | L.M. | 588,018.38 |
| | Total: | $2,646,082.70 |

These payments satisfy the district court's judgments as follows:

Jury Verdicts, Judgments entered by court July 13, 2016, Doc. #: 199:

| | | |
|---|---|---|
| | S.M. | 750,000.00 |
| | K.W. | 500,000.00 |
| | K.S. | 500,000.00 |

      L.M.      500,000.00

Attorney's fees and expenses, Judgments entered by court November 1, 2016, Doc. #: 235

      Bevis Schock  $230,130.00

      Hugh Eastwood $101,255.00

      Michael Fagras  $37,800.00

      Expenses    $1,721.85

Costs, Judgment entered by the district court, August 11, 2016, Doc. #: 218

      Costs      $7,529.24

Interest as calculated by Plaintiffs and agreed to by Defendant Lincoln County:

      Interest     $17,646.61

Plaintiffs further acknowledge payment of appellate attorney's fees of $57,800.00 plus expenses of $243.31 for a total of $58,043.31.  Plaintiffs are filing a separate satisfaction for that judgment in the Court of Appeals.

Respectfully submitted,

Attorneys for Plaintiffs and Intervenors

 /s/ W. Bevis Schock .
W. Bevis Schock, 32551MO
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax: 314-721-1698
Voice: 314-726-2322

 /s/  Hugh A. Eastwood .
Hugh A. Eastwood, 62058MO
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3960
heastwood@eastwoodlawstl.com
Fax (314) 863 5335
Vox (314) 809 2343

Attorney for Intervenors Only

   /s/    Michael Fagras   .
Michael J. Fagras, 40842MO
5770 Mexico Rd., Ste. A
St. Peters, MO  63376
fagras@fagraslaw.com
Fax:    636-757-0198
Voice: 636-498-4000

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: All counsel of record

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO